IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| STEVEN LEWIS, | Civil No. 3:16-CV-00241-BR |
| Plaintiff, | |
| v. | ORDER |
| Commissioner of the Social Security Administration, | |
| Defendant. | |

This Court has considered Plaintiff's unopposed motion for attorney fees. It is hereby ORDERED that attorney fees in the amount of $10,971.32, shall be awarded to Plaintiff pursuant to 42 U.S.C. § 406(b).

IT IS SO ORDERED.

DATED this 29th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE